**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| DEREK BRUCE HOPKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-00199-RHH |
| | ) | |
| MATHEW MICHEL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

In accordance with the Opinion, Memorandum and Order issued on this date and incorporated herein,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS HEREBY CERTIFIED** that an appeal from this action would not be taken in good faith.

Dated this 23rd day of February, 2024.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE